Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Drive, Suite 216
Laguna Hills, CA  92653
949. 859. 9200
e-mail: sahelianlaw@me.com

Attorneys for Sam Mushmel; Rajaa Mushmel

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

Anthony Bouyer

       Plaintiff,

       vs.

Sam Mushmel; Rajaa Mushmel

       Defendants.

CASE NO.: 2:20-cv-04571-DMG-MRW

The Honorable Dolly M. Gee

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS [FRCP 12(b)1]**

Hearing Date: 8/14/2020
Time: 9:30 AM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO DISMISS [FRCP 12(b)1]

I, Ara Sahelian, Esq., hereby declare and state as follows:

1. I am an attorney licensed to practice law before all the Courts of the State of California. I personally know the facts stated herein. If called upon to testify, I could and would competently testify to those facts and related facts that I rely upon to establish personal knowledge of the substantive facts asserted below:

2. I represent Sam Mushmel; Rajaa Mushmel, in the within action.

3. **Compliance with Local Rule 7-3:** I met and conferred with opposing counsel, and discussed the issues pertinent to this case. This case is not unique in that be identical issues have come up on other cases with the same attorneys. We were unable to reach resolution.

4. Exhibit A is a true and correct copy of my letter, requesting a conference in which I present the issues in detail.

5. Exhibit B is a true and correct copy of a built-up curb ramp design offered by the Access Board, at https://www.access-board.gov/guidelines-and-standards/buildings-and-sites/about-the-ada-standards/ada-standards/chapter-4-accessible-routes.

\\

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the foregoing is true and

correct.

       Respectfully submitted:
       Date: 7/8/2020

1

2

3

                                                      Ara Sahelian, Esq.

4

                                           SAHELIAN LAW OFFICES

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28