# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division - Los Angeles)

| | |
|---|---|
| Anthony Bouyer<br>     Plaintiff,<br>vs.<br>Sam Mushmel; Rajaa Mushmel<br>     Defendants. | CASE NO.: 2:20-cv-04571-DMG-MRW<br><br>The Honorable Dolly M. Gee<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS [FRCP 12(b)1]**<br><br>Hearing Date: 8/14/2020<br>Time: 9:30 AM |

# [PROPOSED] ORDER ON
# MOTION TO DISMISS [FRCP 12(b)1]

The Motion to Dismiss filed by Defendants Sam Mushmel; Rajaa Mushmel in this matter came on regularly for hearing before this Court.

Having considered the moving and opposition papers, arguments, and all other matter presented to this Court, the Court finds that Plaintiff has failed to allege sufficient facts establishing standing as required by *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 955 (9th Cir. 2009) for the Plaintiff's claim under the Americans with Disabilities Act.

IT IS HEREBY ORDERED that the DEFENDANTS' Motion to Dismiss is GRANTED / DENIED, and the Complaint is hereby DISMISSED [with] [without] prejudice.

Plaintiff and Defendants are ORDERED to visit the Site, with all counsel present, no later than _____ , to have Plaintiff demonstrate the substance of his claim. The parties shall then file a Report, no later than _____ .

IT IS FURTHER ORDERED that because Plaintiff's remaining claim concerns issues of state law only, this Court DECLINES to exercise jurisdiction over such claim.

IT IS SO ORDERED

Dated: _____

                                                     Hon. Dolly M. Gee
                                               United States District Court